IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRENE ANOKHIN,

        Plaintiff,

No. CIV S-10-0395 MCE EFB PS

vs.

BAC HOME LOANS SERVICING, LLP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 100,

ORDER

        Defendants.
_____/

This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiff, previously proceeding *in propria persona,* is now represented by counsel. Dckt. No. 8. Because all parties are now represented by counsel, the referral to the magistrate judge is withdrawn and the case is referred back to the district judge. The magistrate judge shall continue to perform the usual discovery tasks associated with ordinary civil cases.

////

////

////

////

1

The May 19, 2010 hearing on defendants' motions to dismiss, Dckt. No. 6, and the April 21, 2010 hearing on plaintiff's motion to stay, Dckt. No. 8, are vacated. The matters may be re-noticed for hearing before the district judge.

SO ORDERED.

DATED: April 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE